**Calvin PRESSLEY, Plaintiff–Appellant,**

v.

**Officer FLOYD, 7/3 Shift; Thomas R. Corcoran, Warden, Maryland Correctional Adjustment Center, Defendants–Appellees.**

**No. 01–7150.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.

Calvin Pressley, Pro Se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, Office of the Attorney General of

---

Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Calvin Pressley appeals the district court's order granting the Defendants' motion to dismiss and denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pressley v. Floyd,* No. CA–00–2811–L (D.Md. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*